**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

ROOTS COMMUNITY HEALTH CENTER,

*Plaintiff*,

v.

ACRISURE ADVANTAGE SERVICES, LLC; FILICE INSURANCE SERVICES, LLC; CLOUD BENEFITS INSURANCE AGENCY, and DOES 1 through 50, inclusive,

*Defendants*.

Case No. 3:26-cv-08254-JD

**~~[PROPOSED]~~ ORDER**

**~~[PROPOSED]~~ ORDER**

Pursuant to the Parties' stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that:

1. This action is REMANDED to the Superior Court of the State of California for the County of Alameda, Case No. 26CV194793, pursuant to 28 U.S.C. § 1447(c).

2. Defendants shall not again remove this action to federal court on the basis of diversity of citizenship.

3. The Clerk shall close the file.

The Clerk is directed to mail a certified copy of this order to the clerk of that court and to close the file in this Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 10/15/2026

HON. JAMES DONATO
United States District Judge